IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERONIMO F. ROSADO, JR., | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6087 |
| | : | |
| THE CITY OF CHESTER COUNTY, | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     *Defendants*. | : | |

## ORDER

AND NOW, this 5th day of June, 2025, upon consideration of Plaintiff Geronimo F. Rosado, Jr.'s Amended Complaint (ECF No. 16), Rosado's Motion to Reinstate Section 8 Voucher Program Benefits Pursuant to Rule 60(b) (ECF No. 14), Rosado's second Motion to Proceed *In Forma Pauperis* (ECF No. 15), Rosado's Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (ECF No. 19), the Motion of Defendants, Linda Kurtas and Andrew Kurtas, to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(b)(6) (ECF No. 20), and Rosado's Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (ECF No. 21), it is **ORDERED** that:

    1.    The Clerk of Court is **DIRECTED** to **ADD** the following Defendants to the docket: (1) the City of Chester; (2) Magisterial District Court 15-3-01; (3) the Spring City Police Department (4) Joseph T. Moore; (5) the Chester County Housing Authority; (6) Tanja van den Tol; (7) Felicia Molina; (8) Deborah Johnson; (9) Noemi Villalva; (10) Brenda Gomez; (10) Brian H. Leinhauser; and (11) Brian C. Conley.

    2.    For the reasons stated in the Court's Memorandum, Rosado's Amended Complaint is **DISMISSED** as follows:

      a.  All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

      b.  All state law claims are **DISMISSED WITHOUT PREJUDICE**.

3.    Rosado's Motion to Reinstate Section 8 Voucher Program Benefits Pursuant to Rule 60(b) (ECF No. 14) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (ECF No. 19) are **DENIED**.

4.    Rosado's second Motion to Proceed *In Forma Pauperis* (ECF No. 15), the Motion of Defendants, Linda Kurtas and Andrew Kurtas, to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(b)(6) (ECF No. 20), and Rosado's Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (ECF No. 21) are **DISMISSED as moot**.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                        **BY THE COURT:**

                                  */s/ Gerald J. Pappert*
                                  **Gerald J. Pappert, J.**